IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| RICHARD GEIGER, | : | | |
| Plaintiff, | : | | |
| | : | CIVIL ACTION | |
| v. | : | NO. 15-3494 | |
| | : | | |
| CAROLYN W. COLVIN, | : | | |
| Acting Commissioner of | : | | |
| Social Security, | : | | |
| Defendant. | : | | |

## ORDER

AND NOW, this 11th day of July, 2016, upon careful and independent consideration of the record, the Report and Recommendation of the Honorable M. Faith Angell, United States Magistrate Judge, (Dkt No. 16), and the failure of either party to file any objections thereto in accordance with Local Civil Rule 72.1 IV(b), it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review, (Dkt No. 9), is GRANTED IN PART, and the matter is REMANDED for further review consistent with the Report and Recommendation;

3. The Clerk of Court is directed to close this case for statistical and all purposes.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. Darnell Jones, II    J.